IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BAKER, DONELSON, BEARMAN, )
CALDWELL & BERKOWITZ, P.C., )
                                             )
    Plaintiff, )
                                             )
vs. )    No.: 3:07-cv-01
                                             )    Phillips/Guyton
URS CORPORATION, )
                                             )
    Defendant. )

## ORDER

This matter is before the Court upon the memorandum and order filed by United States Magistrate Judge H. Bruce Guyton [Doc. 17]. Defendant objected to the order of the magistrate judge [Doc. 18]. Thereafter, plaintiff filed a response to defendant's objection to the magistrate judge's memorandum and order [Doc. 19].

In its objection, the defendant requests the Court to review the arguments and authorities presented in its letter brief submitted to the magistrate judge under seal on March 20, 2007. After careful review of the memorandum and order and the record, the Court readily concludes that the magistrate judge has thoroughly and correctly analyzed the legal issues presented in defendant's requests for relief. Therefore, the Court is in complete agreement with the magistrate judge's determinations, finding that (1) the complaint filed in this action need not be sealed; (2) that the defendant need not be referred to as "Doe Corporation" or in some similar anonymous manner; and (3) that it is not

1

necessary for the plaintiff to file a version of its complaint identifying the defendant only as "Doe Corporation" and removing from the complaint "confidential information" contained in paragraphs 5-7. Further, the Court is agreement with the remaining findings of the magistrate judge to which the defendant has not voiced objection.

For the reasons stated in the memorandum and order, which the Court adopts and incorporates into its ruling, defendant's requests for relief as made at the status conference on March 13, 2007 are **GRANTED in part** and **DENIED in part** as set forth by the magistrate judge; defendant's objection [Doc. 18] is hereby **OVERRULED** in its entirety; and the **M&O is ACCEPTED IN WHOLE**.

**IT IS SO ORDERED.**

                                          **ENTER:**

                                          s/Thomas W. Phillips
                                          UNITED STATES DISTRICT JUDGE